UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH BOUZEKRI, *on behalf herself, FLSA Collective Plaintiffs, and the class,*

      Plaintiff,

v.

CRESCENT HOTELS & RESORTS LLC d/b/a HYATT HERALD SQUARE NEW YORK, and MHG 31ST STREET LLC,

      Defendants.

Case No. 1:22-cv-07218

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Sarah Bouzekri ("Plaintiff") hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated November 29, 2022, and annexed hereto as **Exhibit A**.

Dated: December 8, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Eli Freedberg, Esq.
900 Third Avenue,
New York, NY 10022-3298
(212) 583-2685
EFreedberg@littler.com
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.