USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH BOUZEKRI, *on behalf herself, FLSA Collective Plaintiffs, and the class,*

    Plaintiff,

v.

CRESCENT HOTELS & RESORTS LLC d/b/a HYATT HERALD SQUARE NEW YORK, and MHG 31ST STREET LLC,

    Defendants.

---

**MEMORANDUM ENDORSED**

Case No. 1:22-cv-07218

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant MHG 31st Street LLC having offered to allow Plaintiff Sarah Bouzekri ("Plaintiff") to take a judgment against it, in the sum of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), to resolve all of Plaintiff's individual claims, inclusive of all claims for costs, expenses and attorneys' fees filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 29, 2022 and filed as Exhibit A to Docket Number 16;

**WHEREAS**, on December 8, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Sarah Bouzekri, in the sum of $25,000.00. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED:**

Dated: December 9, 2022,
    New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge